IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHARON K. POWELL, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 22-1446 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | |
| RYAN WOOTEN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

IT IS HEREBY ORDERED that this case is REOPENED, and:

1. Plaintiff shall file a response to Defendants' renewed Motion to Dismiss (Doc. 27) by **September 5, 2023**. The filing shall be made by submitting the original document, in person or by First-Class U.S. Mail, with the Clerk of this Court.

2. Each party shall serve upon the opposing party a copy of every filing submitted for consideration by the Court, and the parties shall include on the originally filed document a certificate stating the date that the document was mailed to each opposing party ("certificate of service").

3. Any document received by the Court that has not been filed with the Clerk of Court, or which fails to include a certificate of service, will be disregarded by the Court.

4. Plaintiff and Counsel for Defendants must familiarize themselves with the Practices and Procedures of the undersigned on the Court's website (see web page at https://www.pawd.uscourts.gov/content/cathy-bissoon-district-judge), and they will be held responsible for complying with such practices and procedures.

5.      Notwithstanding Plaintiff's *pro se* status, it is the Court's expectation that Plaintiff will comply with all Court orders, deadlines, practices and procedures.


August 10, 2023                                         s\Cathy Bissoon
                                                        Cathy Bissoon
                                                        United States District Judge

cc (via ECF email notification):

All counsel of record


cc (via First-Class U.S. Mail):

Sharon K. Powell
480 Niagara Drive
North Huntingdon, PA  15642